

**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 HUDSON STREET, 12 FL • NEW YORK, NY 10013 • TEL 212.966.5932 • FAX 212.966.4303

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/07

July 23, 2007



RECEIVED
JUL 23 2007
JUDGE SCHEINDLIN

BY FACSIMILE

Hon. Shira A. Scheindlin
U.S. District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

Re: *Singh v. Shariff Construction, 07CV5545 (SAS)*

Dear Judge Scheindlin:

The Asian American Legal Defense and Education Fund and Catalina and Associates represent Plaintiff Balvinder Singh in the above stated matter.

I write in regards to the initial conference currently scheduled for July 26, 2007 at 4:30 p.m. We are having difficulty locating the Defendant and therefore have been unable to serve the Summons and Complaint. In light of this, Plaintiff respectfully requests that the initial conference be temporarily adjourned. I will advise the Court when service occurs so that Your Honor can set a new date.

This is Plaintiff's first request for an adjournment of the initial conference.

Please contact me should the Court have any questions.

Respectfully,

Tushar J. Sheth
Staff Attorney

*Attorneys for Balvinder Singh*

cc: Umar Sheikh, Esq.

*Request granted.*
*Conference adjourned*
*to August 28 at 4:30.*

*So Ordered:*

*7/23/0*