**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 HUDSON STREET, 12 FL • NEW YORK, NY 10013 • TEL 212.966.5932 • FAX 212.966.4303 • INFO@AALDEF.ORG

September 26, 2007

Hon. Shira A. Scheindlin
U.S. District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/07

Re: *Balvinder Singh v. Shariff Construction, 07 Civ. 5545 (SAS)*

Dear Judge Scheindlin:

The Asian American Legal Defense and Education Fund and Catalina & Associates represent Plaintiff Balvinder Singh in the above stated matter. Defendant Shariff Construction was served with the Summons and Complaint through the New York Secretary of State on July 30, 2007 but has failed to answer or contact us. We have contacted the attorneys for the building on which Singh performed construction work for Defendant in hopes of learning more about the owners, their whereabouts, and assets of Defendant.

Before Plaintiff files for a default judgment, we respectfully request an additional month to pursue any leads this supplemental information might provide with respect to contacting Defendant. Additionally, Plaintiff requests guidance from the Court as to whether the conference currently scheduled for September 26, 2007 at 11:30 a.m. should be postponed.

Please contact me should the Court have any concerns or questions.

Respectfully,

Tushar J. Sheth
Staff Attorney
Asian American Legal Defense and Education Fund

*Attorneys for Balvinder Singh*

cc: Umar Sheikh

---

Plaintiff's request is granted. The conference previously scheduled for September 28, 2007 is rescheduled to October 29, 2007, at 4:00 p.m. No further adjournments will be granted for any reason.

SO ORDERED:

*Shira A. Scheindlin, USDJ*

Date: 9/27/07